U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL - 9 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DEMITRIUS DEMOND ALLEN　　　　　　　　　CIVIL ACTION NO: 13-1487

VERSUS　　　　　　　　　　　　　　　　　　JUDGE DONALD E. WALTER

CAROLYN W. COLVIN, ACTING
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION　　　　　　　　MAGISTRATE JUDGE KAY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's complaint is **DISMISSED WITH PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b) for failure to prosecute.

**THUS DONE AND SIGNED**, this ___9___ day of July, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE