RECEIVED

JUL 1 4 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| DEMITRIUS DEMOND ALLEN | * | CIVIL ACTION NO. 13-1487 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, with prejudice.

THUS DONE AND SIGNED in chambers, this __11__ day of __July__, 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE